UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-

## ORDER

11-CR-30 (KAM)

EMANUELE FAVUZZA, et al.,

                      Defendant.
----------------------------------------------------------X

        Pursuant to the request of counsel for defendant Emanuele Favuzza and in view of the protracted nature of the pre-trial proceedings in this multi-defendant complex case,

        **IT IS HEREBY ORDERED**, that Ephraim Savitt, appointed by the Court as the CJA attorney for the defendant Favuzza, is authorized to submit interim CJA form 20 vouchers for compensation and reimbursement of necessary expenses, without any withholding in approved interim CJA compensation, and upon submission of a copy of this signed Order to the CJA clerk, is authorized to claim the previous amounts withheld on his prior interim vouchers and to receive payments of the withheld amounts as of the date of this Order.

DATED:    New York, New York
              March _2_, 2012

                                             s/KAM

                                        HONORABLE KIYO A. MATSUMOTO
                                        UNITED STATES DISTRICT JUDGE

# EPHRAIM SAVITT
*Attorney at Law*

260 MADISON AVENUE
SUITE 2200
NEW YORK, NEW YORK 10016
WWW.SAVITTESQ.COM

(212) 679-4470
FAX (212) 679-0770
EPHRAIM@SAVITTESQ.COM

March 1, 2012

Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: United States v. Emannele Favuzza
      Docket No. 11-0030 (KAM)

Dear Judge Matsumoto:

  I respectfully submit a proposed Order for the Court's consideration authorizing interim CJA payments without the discretionary 20% withholding and authorizing payments of the 20% amounts previously withheld on submitted interim CJA vouchers. According to Jerry Tritz, withheld amounts are not mandatory and that many districts do not have the discretionary withholding amounts on interim vouchers. In pending cases before Chief Judge Amon and Judge Gleeson, my similar applications were granted with the issuance of similar orders as that enclosed.

  I have previously made this application to the Court under a cover letter dated January 29, 2012. I have not heard any response, so I am renewing my application. As set forth in the enclosed proposed order.

  I thank Your Honor for your courtesy and consideration.

                Respectfully submitted,

                Ephraim Savitt

Enclosures