# EPHRAIM SAVITT

*Attorney at Law*

260 MADISON AVENUE  
SUITE 2200  
NEW YORK, NEW YORK 10016  
WWW.SAVITTESQ.COM

(212) 679-4470  
FAX: (212) 679-6770  
EPHRAIM@SAVITTESQ.COM

May 21, 2012

**BY ECF**  
**Honorable Kiyo A. Matsumoto**  
**United States District Judge**  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

        Re:    <u>United States v. Emanuele Favuzza</u>  
                Docket No. 11-0030 (KAM)

Dear Judge Matsumoto:

      Please allow my client Manny Favuzza to travel with his family for an overnight stay at The Atlantic Club Hotel, 3400 Pacific Ave, Atlantic City, NJ starting tomorrow afternoon May 22 to Wednesday, May 23. AUSA Elizabeth Geddes has no objection requested travel. Pretrial Services Officer Bianca Carter is out of the office until June 4. I left a message for Supervisor Andrew Prozeller late this afternoon, and did not yet receive a call back.

      I thank Your Honor for your courtesy and consideration.

                                                  Respectfully submitted,

                                                    Ephraim Savitt

cc:    All Counsel

        Pretrial Services (by ECF)