# EPHRAIM SAVITT
*Attorney at Law*

260 MADISON AVENUE
SUITE 2200
NEW YORK, NEW YORK 10016
WWW.SAVITTESQ.COM

(212) 679-4470
FAX: (212) 679-6770
EPHRAIM@SAVITTESQ.COM

June 21, 2012

**BY ECF**
**Honorable Kiyo A. Matsumoto**
**United States District Judge**
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **United States v. Emanuele Favuzza**
**Docket No. 11-0030 (KAM)**

Dear Judge Matsumoto:

Please allow my client Manny Favuzza to travel with his family this Saturday, June 23rd, to New Jersey to attend a family friend's function. AUSA Elizabeth Geddes has no objection to requested travel. Pretrial Services Officer Bianca Cater has no problem with the application.

I thank Your Honor for your courtesy and consideration.

Respectfully submitted,

Ephraim Savitt

Encl.

cc: All Counsel

Emanuelle Favuzza