# EPHRAIM SAVITT

*Attorney at Law*

260 MADISON AVENUE
SUITE 2200
NEW YORK, NEW YORK 10016
WWW.SAVITTESQ.COM

(212) 679-4470
FAX: (212) 679-6770
EPHRAIM@SAVITTESQ.COM

July 24, 2012

**BY ECF**
**Honorable Kiyo A. Matsumoto**
**United States District Judge**
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    **United States v. Emanuele Favuzza**
                    **Docket No. 11-0030 (KAM)**

Dear Judge Matsumoto:

      Please allow my client Manny Favuzza to travel tomorrow to Bayonne, NJ for a meeting with his social friends from 1 pm to 6 pm. Pretrial Services Officer Bianca Carter has no objection to requested travel. Neither AUSA Elizabeth Geddes, nor Allon Lifshitz could be reached as both are out of the office until next week.

      I thank Your Honor for your courtesy and consideration.

Respectfully submitted,

*Ephraim Savitt /TP*

Ephraim Savitt

Encl.

cc: All Counsel

Emanuelle Favuzza