

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EAG

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 25, 2012

By ECF

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Emanuele Favuzza
     Criminal Docket No. 11-030 (KAM)

Dear Judge Matsumoto:

  The government respectfully submits this letter in opposition to the defendant Emanuel Favuzza's motion for a bail modification so he can attend a lunch with unspecified friends in New Jersey this afternoon. As the Court is aware and as stated in prior detention memoranda submitted by the government, the defendant is an inducted member of the Colombo organized crime family of La Cosa Nostra (the "Colombo family") and in that capacity has actively participated in the affairs of the Colombo family, including the orchestrating of an induction ceremony for Larry Sessa in the winter of 2010 at the defendant's residence. As a result of his activities, Favuzza is charged with racketeering conspiracy and possession of a firearm. Following his arrest, Favuzza was released on a significant bond with various restrictions, including a prohibition on meeting with other members or associates of the Colombo family or other organized crime families.

  Given the sparse information provided by the defendant (and the short notice), the government submits that the defendant's request should be denied. The government cannot effectively monitor Favuzza's activities this afternoon to ensure that he does not violate his bond by meeting with other La Cosa

2

Nostra members and associates or otherwise further the Colombo family's affairs.

                Respectfully submitted,

                LORETTA E. LYNCH
                United States Attorney

        By:    /s/
                Elizabeth Geddes
                Allon Lifshitz
                Assistant U.S. Attorneys
                (718) 254-6430/6164

cc:  Ephraim Savitt, Esq. (by ECF)
     Clerk of Court (KAM) (by ECF)